**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

BENNY BOYD MOONEY,

    Petitioner,

v.                                              CASE NO. 1:16-cv-00139-WTH-CAS

FLORIDA COMMISSION ON OFFENDER REVIEW,
JULIE L JONES,

    Respondents.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 19, 2017. (ECF No. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
2.     The Clerk shall enter the following judgment: "The Petition under 28 U.S.C. § 2254, ECF No. 1, is dismissed as moot." The Clerk shall close the file.

**DONE AND ORDERED** this _11th_ day of December, 2017

                                                                              _____
                                                                              **UNITED STATES DISTRICT JUDGE**